**Emmett Johnson JAFARI,
Plaintiff–Appellant,**

v.

**OLD DOMINION TRANSIT MANAGE-
MENT COMPANY, a/k/a The Greater
Richmond Transit Company (GRTC),
Defendant–Appellee.**

No. 15–2463.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 19, 2016.

Decided: April 21, 2016.

Emmett Johnson Jafari, Appellant Pro Se. Ryan Ayers Glasgow, Hunton & Williams, LLP, Richmond, Virginia, for Appellee.

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmett Johnson Jafari appeals the district court's order denying relief on his Fed.R.Civ.P. 60 motion in his civil action against his former employer, and a subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jafari v. Old Dominion Transit Mgmt. Co.*, No. 3:08–cv–00629–JRS–DJN (E.D. Va. Aug. 19, 2015 & Oct. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*